# Court of Appeals
# of the State of Georgia

ATLANTA,____July 13, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A2065. LISA BROWN v. GARY IVORY.**

On December 17, 2012, the trial court entered an order modifying child custody and support. On February 23, 2015, the mother filed a motion to set aside the trial court's order for lack of personal and subject matter jurisdiction. The trial court denied the motion, and the mother filed this direct appeal from that order. We, however, lack jurisdiction.

An appeal from the denial of a motion to set aside on grounds authorized under OCGA § 9-11-60 (d) must be taken by application for discretionary appeal. OCGA § 5-6-35 (a) (8). Since the mother failed to follow the required procedure, her appeal is *DISMISSED* for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*____07/13/2015____
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*